```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 15, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTOR LOPEZ, on behalf of himself and all other persons similarly situated

                Plaintiff,

            -v-

SOFIA BROS. INC.,

                Defendants.

-------------------------------------------------------------X

18-cv-131 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On Friday, May 11, 2018, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, June 11, 2018**.

Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
            May 15, 2018

                                                _____
                                                     KATHERINE B. FORREST
                                                     United States District Judge